UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISIIA MIKAELIAN,<br><br>                                    Petitioner,<br><br>v.<br><br>PAM BONDI, *et al*.,<br><br>                                    Respondents. | Case No.:  26-cv-201-JO-BLM<br><br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS [DKT. 1]** |

Petitioner Alisiia Mikaelian filed a petition for writ of habeas corpus. Dkt. 1. The Court held oral argument on January 27, 2026. For the reasons stated on the record, the Court GRANTS the petition for writ of habeas corpus [Dkt. 1] and ORDERS as follows:

1.  Respondents, within seven (7) days of this order, SHALL provide Petitioner with an individualized bond hearing before a neutral immigration judge where the Government bears the burden of establishing by clear and convincing evidence that Petitioner is a danger to the community or a flight risk that cannot reasonably be addressed by bond or conditional release. *See Singh v. Holder*, 638 F.3d 1196, 1203 (9th Cir. 2011). Respondents SHALL NOT

deny Petitioner's bond on the basis that 8 U.S.C. § 1225(b) requires or authorizes mandatory detention. If continued detention is not warranted, the immigration judge must consider Petitioner's financial circumstances and alternatives to bond in setting conditions of release. *See Hernandez v. Sessions*, 872 F.3d 976, 1000 (9th Cir. 2017).

2. Respondents SHALL file a declaration attesting to the occurrence of the bond hearing by the close of the next business day after the bond hearing. If no hearing occurs within seven (7) days of this order, Petitioner SHALL be released from Respondents' custody by noon on the eighth (8) day following this order.

3. If Petitioner is released, Respondents SHALL NOT redetain Petitioner during the pendency of his removal proceedings (until a final order of removal is issued) without an individualized bond hearing detailed in paragraph 1 above. *See Singh*, 638 F.3d at 1203. If Respondents seek to redetain Petitioner, they SHALL file advance notice attesting that the above requirements have been met. *See* All Writs Act, 28 U.S.C. § 1651. Once that notice has been docketed, Respondents SHALL NOT redetain Petitioner for **at least 48 hours** from the time of docketing.

**IT IS SO ORDERED**.

Dated: January 26, 2026

_____
Honorable Jinsook Ohta
United States District Judge

2

26-cv-201-JO-BLM